FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAN 18 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) No.
ROSE ANN WITHAM, )
a.k.a. ROSE A. COLWELL, )
)
Defendant. )
)

## 4:17CR00027 RLW/PLC

## **INDICTMENT**

The Grand Jury charges that:

## **COUNT ONE**
### **[Theft of Government Funds]**

From in or around November of 1999 until on or about December of 2013, in the Eastern

District of Missouri, the defendant,

### **ROSE ANN WITHAM, a.k.a. ROSE A. COLWELL,**

willfully and knowingly did steal and purloin and convert to her own use money belonging to the

United States with an aggregate value of $1,000.00 or more, to wit, Social Security Retirement

Insurance Benefits with an aggregate value of $169,883.50, all as part of a single scheme and plan

to obtain the retirement insurance benefits issued to a deceased relative of Rose Ann Witham,

All in violation of 18 U.S.C. § 641.

1

A TRUE BILL.

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

GWENDOLYN E. CARROLL
Assistant United States Attorney

2